AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Fred A. Walters, individually and as a representative of the putative class of owners of common stock in BankMeridian, NA,<br>*Plaintiff*<br>v.<br>Ashley F. Houser, Thomas E. Connelly, Jr., James F. Hardman, Thomas C. Jackson, Adelaide Cox McMaster, Thomas E. Peeples, David R. Renaker, Gary L. Rowe, Brian R. Samson, Stanley R. Smith, J. Emory Ware, individually and as Officers and Directors of BankMeridian, NA,<br>*Defendant* | ) ) ) ) ) )  Civil Action No.     3:12-172-MBS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:   The plaintiff, Fred A. Walters, take nothing of the defendants, Ashley F. Houser, Thomas E. Connelly, Jr., James F. Hardman, Thomas C. Jackson, Adelaide Cox McMaster, Thomas E. Peeples, David R. Renaker, Gary L. Rowe, Brian R. Samson, Stanley R. Smith, and J. Emory Ware, and the complaint is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Chief United States District Judge, the court having granted the plaintiff's motion to dismiss.

Date:   July 26, 2012                                                       *CLERK OF COURT*

                                                                             s/Mary Deal
                                                                  _____
                                                                  *Signature of Clerk or Deputy Clerk*